IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **WILLIAM EDWARD BEKING, III,**<br><br>      *Plaintiff,*<br><br>v.<br><br>**THE FRESH MARKET, INC.,**<br><br>      *Defendant.* | **CASE NO.: 5:20-CV-335** |

## STIPULATION OF DISMISSAL

Now come the parties, by and through undersigned counsel, and stipulate to dismissal of this action, including all claims and counterclaims raised or unraised, with prejudice. Each party to pay its own fees and costs.

*Respectfully submitted on this, the 2nd day of February, 2021.*

| | |
|---|---|
| **/s/ Craig Hensel** | **/s/ Shalanna L. Pirtle** |
| Attorney for Plaintiff | Attorney for Defendant |
| NC State Bar No. 40852 | NC State Bar No. 36996 |
| HENSEL LAW, PLLC | PARKER POE ADAMS & BERNSTEIN LLP |
| Post Office Box 39270 | 620 South Tryon Street, Ste. 800 |
| Greensboro, North Carolina 27438 | Charlotte, NC 28202 |
| Phone: (336) 218-6466 | Phone: (704) 335-6628 |
| Fax: (336) 218-6467 | Fax: (704) 335-4486 |
| craig.hensel@hensellaw.com | shalannapirtle@parkerpoe.com |

# CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send notification of filing to the following:

> Shalanna L. Pirtle
> PARKER POE ADAMS & BERNSTEIN LLP
> 620 South Tryon Street, Ste. 800
> Charlotte, NC 28202
> shalannapirtle@parkerpoe.com
> *Counsel for Defendant*

> /s/ CRAIG HENSEL
> *Attorney for Plaintiff*
> NC State Bar No. 40852
> HENSEL LAW, PLLC
> Post Office Box 39270
> Greensboro, North Carolina 27438
> Phone: (336) 218-6466
> Fax: (336) 218-6467
> craig.hensel@hensellaw.com